UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOVEPREET SINGH SANDHU, | CASE NO. C26-1285-KKE |
| Petitioner(s), | ORDER DISMISSING HABEAS PETITION AS MOOT |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondent(s). | |

Petitioner filed an amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging the legality of his detention at the Northwest ICE Processing Center. Dkt. No. 10. Before this case was re-assigned to the undersigned judge, the Court denied two previous motions for temporary restraining order. Dkt. Nos. 13, 22. The Government filed a notice of intent to remove Petitioner (Dkt. No. 9) and has since informed the Court that Petitioner was removed to India on April 29, 2026 (Dkt. No. 23 at 1–2).

Once a habeas petitioner is removed from the United States, their petition continues to present a live controversy under Article III of the U.S. Constitution only if there is "some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Here, the amended petition challenges only the lawfulness of Petitioner's prior detention and seeks only his release or a new bond hearing—none of which remains relevant now that Petitioner is no longer in custody. *See* Dkt. No. 10.

ORDER DISMISSING HABEAS PETITION AS MOOT - 1

Accordingly, Petitioner's amended habeas petition (Dkt. No. 23) is DISMISSED as moot.

Dated this 8th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING HABEAS PETITION AS MOOT - 2